UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INOAC INTERIOR SYSTEMS LLC,

    Plaintiff,

v.

TASUS CORPORATION, *et al.*,

    Defendants.

Case No. 24-cv-11863
Hon. Matthew F. Leitman

_____/

## ORDER TERMINATING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS (ECF No. 7) WITHOUT PREJUDICE

On June 14, 2024, Plaintiff INOAC Interior Systems LLC ("INOAC") filed this breach of contract action against the Defendants. (*See* Compl., ECF No. 1-1.) Defendants Tsuchiya Group North America, Kreate Engineered Products LLC, and Findlay Machine & Tool LLC (collectively, the "Moving Defendants") thereafter filed a motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c). (*See* Mot., ECF No. 7.)

On August 27, 2024, without expressing any view regarding the merits of the motion, the Court issued an order granting INOAC leave to file a First Amended Complaint in order to remedy the alleged deficiencies in its claims. (*See* Order, ECF No. 8.) The Court informed the parties that if INOAC provided notice that it

1

intended to file a First Amended Complaint, the Court would terminate the Moving Defendants' motion for judgment on the pleadings without prejudice. (*See id.*)

On September 9, 2024, INOAC filed a notice with the Court in which it said that it will be filing a First Amended Complaint. (*See* Notice, ECF No. 9.) Accordingly, the Court **TERMINATES** the Moving Defendants' currently-pending motion for judgment on the pleadings (ECF No. 7) **WITHOUT PREJUDICE AS MOOT**. The Moving Defendants may file a renewed motion directed at the First Amended Complaint if they believe that such a motion is appropriate after reviewing that pleading.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 10, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 10, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126